# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

| | |
|---|---|
| BRAD BROWN, Individually and For Others Similarly Situated, | |
| Plaintiff, | |
| v. | |
| EQUITRANS MIDSTREAM CORPORATION, and EQM MIDSTREAM PARTNERS, LP, | CIVIL ACTION NO. 5:20-cv-00434 |
| Defendants, | |
| MDM SERVICES CORPORATION, and MDM SOLUTIONS, LLC, | |
| Defendants Intervenors. | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Brad Brown and Defendants Equitrans Midstream Corporation, and EQM Midstream Partners, LP, and Defendants Intervenors MDM Services Corporation, and MDM Solutions, LLC, stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date: March 7, 2023

Respectfully submitted,

By: /s/ *Andrew W. Dunlap*

**Michael A. Josephson \***
Texas Bar No. 24014780
**Andrew W. Dunlap \***
Texas Bar No. 24078444
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 - Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
\**Admitted Pro Hac Vice*

AND

**Richard J. (Rex) Burch\***
Texas Bar No. 24001807
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com
*\*Pro Hac Vice Application Forthcoming*

 AND

**Anthony J. Majestro (WVSB 5165)**
**James S. Nelson (WVSB 10776)**
**POWELL & MAJESTRO PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 – Telephone
304-346-2895 – Facsimile

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

/s/ *Wm. Robert Gignilliat, IV*

**Wm. Robert Gignilliat IV\***
**JACKSON LEWIS, P.C.**
15 South Main Street, Suite 700
Greenville, SC 29601
864-232-7000 - Telephone
robert.gignilliat@jacksonlewis.com
*\* Visiting Attorney*

**Laura C. Bunting**
W.V. ID. No. 13740
**JACKSON LEWIS, P.C.**
1001 Liberty Ave., Ste. 1000
Pittsburgh, PA 15222
412-232-0404 – Telephone
Laura.bunting@jacksonlewis.com

**David S. Russo**
W.V. State Bar No. 5087
**ROBINSON & MCELWEE PLLC**
400 Fifth Third Center
700 Charleston, WV 25301
Charleston, WV 25301
304-347-5800 – Telephone
dsr@ramlaw.com

**ATTORNEYS FOR INTERVENORS**

/s/ *Katelyn M. Matscherz*

**Christian Antkowiak** *(PA 209231)*
Christian.antkowiak@bipc.com
**Katelyn Matscherz** *(PA 308922)*
Katelyn.matscherz@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Phone: 412-562-8800

**Jennifer J. Hicks**
**BABST CALLAND**
300 Summers Street, Suite 1000
Charleston, WV 25301

Phone: 681-265-1370
jhicks@babsrcalland.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned does certify that on the 7th day of March 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the applicable ECF registrants.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**